UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY FROESE,

       Petitioner,

                                          Case No. 1:02-cv-377

v.

                                          HON. DAVID W. McKEAGUE

MICHIGAN DEPARTMENT OF
CORRECTIONS AND MICHIGAN
PAROLE BOARD,

       Respondents.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Kelly Froese, a former prisoner of the Michigan Department of Corrections, having filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254; and

The petition having been reviewed by the United States Magistrate Judge, who on April 25, 2005, issued a 10-page report and recommendation, recommending that the petition for writ of habeas corpus be denied; and

The report and recommendation having been duly served on the parties and no objection having been filed within the time permitted by law; and

The Court having duly considered the report and recommendation and finding it to be in all respects well-reasoned and in accord with applicable law; now therefore,

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the opinion of the Court; and

**IT IS FURTHER ORDERED** that petitioner's petition for a writ of habeas corpus is hereby **DENIED**.


Dated: May 20, 2005                             /s/   David W. McKeague
                                                DAVID W. McKEAGUE
                                                UNITED STATES DISTRICT JUDGE